UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| *Advanced Iron Works, Inc.,* | ) | Case No. 12-45833 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

*FILED JUN 20 2013 JACK B. SCHMETTERER, UNITED STATES BANKRUPTCY JUDGE*

(To Be Served By Clerk)

**NOTICE OF MOTION AND U.S. TRUSTEE'S MOTION
TO CONVERT OR DISMISS CASE**

To the Debtor, its creditors, and other parties in interest:

The United States Trustee for the Northern District of Illinois (the "U.S. Trustee") hereby moves the Court to enter an order converting the above captioned Chapter 11 case to Chapter 7, or, alternatively, dismissing the case, whichever may be in the best interest of creditors and the Estate. The reasons for the request are as follows: **(1) On 6/20/2013, this Court denied the Debtor's Plan and Disclosure Statement based on its lack of feasibility; (2) The Debtor has been unable to obtain post-petition financing to fund operations; (3) The Debtor has incurred substantial financial losses shown in the Debtor's monthly operating reports; and (4) The Debtor currently has limited or no operations. As a result, the U.S. Trustee believes there has been a diminution of the Estate and that the Debtor has no additional assets with which to operate its business and reorganize. Based on the foregoing, the U.S. Trustee believes that there is no reasonable likelihood of reorganization in this case.** The U.S. Trustee reserves the right to raise other grounds for conversion or dismissal based on any papers filed or testimony taken at or before the hearing on this motion.

**PLEASE TAKE NOTICE** that a hearing on the U.S. Trustee's Motion is set for **Friday, July 19, 2013,** at the hour of **11:00** AM, before the Honorable Jack B. Schmetterer in Courtroom 682, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may, but need not appear. This hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

*/s/ Denise A. DeLaurent*
Denise A. DeLaurent, Attorney
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3326

Dated: June 20, 2013