IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | ) | Case No. 12-45833 |
|---|---|---|
| **ADVANCE IRON WORKS, INC.,** | ) | Honorable Jack B. Schmetterer |
| Debtor. | ) | United States Bankruptcy Judge |
| | ) | CHAPTER 11 |

### AMENDED ORDER GRANTING MOTION OF CONTEGRA CONSTRUCTION COMPANY, LLC AND TRAVELERS CASUALTY AND SURETY COMPAY OF AMERICA FOR TURNOVER OF FUNDS PREVIOUSLY DEPOSITED INTO REGISTRY OF COURT

Upon the Motion of Contegra Construction Company, LLC and Travelers Casualty and Surety Company of America for Turnover of Funds Previously Deposited into Registry of the Court (the "Motion"), the Court hereby finds and concludes:

1. Pursuant to paragraph 3 of an Amended Order on Motion of Contegra to Modify Stay and for Other Relief (doc. # 47), and as confirmed by a Deposit to Registry (doc. # 52), Contegra deposited $316,260 (the "Deposited Funds") into the registry of this Court, subject to further order of this Court.

2. As a result of this Court's dismissal of Debtor's Bankruptcy Case, there is no further reason for the Deposited Funds to be held by the Court's registry and the Deposited Funds should appropriately returned to Contegra to avoid further and undue hardship.

Accordingly, the Motion is granted and the appropriate personnel in the Clerk's office with authority and control over the Deposited Funds are hereby authorized and directed to issue a check made payable to Contegra Construction Company, LLC, #22 Gateway Commerce Center Dr. W, Suite 110, Edwardsville, Illinois, 62025, tax identification number 20-0451287, in the amount of $316,324.36 [plus interest, minus 10% of interest for court fees] or its counsel. Once funds have been fully refunded please close this account.

Case 12-45833  Doc 321-1  Filed 08/28/13  Entered 08/28/13 17:13:05  Desc
Proposed Order Amended Motion of Centegra Construction Company   LLC and Traveler   Page 2 of 2

Case 12-45833  Doc 323  Filed 08/30/13  Entered 09/03/13 09:44:10  Desc Main
Document   Page 2 of 2

Dated: August 30, 2013.

_____
Honorable Jack B. Schmetterer
United States Bankruptcy Judge for the Northern
District of Illinois    AUG 3 0 2013

2